Andrew Hursh, Montana Bar # 68127109
Wilderness Watch
PO Box 9175
Missoula, Montana 59807
Tel: 913-660-6034
andrewhursh@wildernesswatch.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| WILDERNESS WATCH,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the U.S. Department of Interior,<br><br>    Defendant. | Case No. 9:23-cv-00011-DLC<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

Plaintiff hereby submits proof of service of this complaint pursuant to Fed. R. Civ. P. 4(l). On January 18, 2023, copies of the summons and complaint in the above-captioned matter were sent via U.S. Postal Service first-class, certified mail, return receipt requested, addressed as follows:

Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001


U.S. Bureau of Land Management
1849 C Street NW
Washington, DC 20240


Civil Process Clerk
U.S. Attorney's Office
2601 Second Ave. North
Billings, MT 59101


Attached are the executed summonses, certified mail receipts, and return receipts showing service was completed by delivery of the summons and complaint to Federal Defendants in this matter. Service has been properly made pursuant to Fed. R. Civ. P. 4(i).

Respectfully Submitted this 31st day of January, 2023.

/s/ *Andrew Hursh*
Andrew Hursh, Montana Bar #68127109
Wilderness Watch
P.O. Box 9175
Missoula, MT 59807
(913) 660-6034
andrewhursh@wildernesswatch.org

*Attorney for Plaintiff*

2

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Montana

| | | |
|---|---|---|
| Wilderness Watch | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. CV 23-11-M-DLC |
| United States Bureau of Land Management | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    Attorney General
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Andrew Hursh
    Wilderness Watch
    PO Box 9175
    Missoula, MT 59807

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 01/18/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Montana

| | | |
|---|---|---|
| Wilderness Watch | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| United States Bureau of Land Management | ) | |
| | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Civil Process Clerk
U.S. Attorney's Office
2601 Second Ave North
Box 3200
Billings, MT 59101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew Hursh
Wilderness Watch
PO Box 9175
Missoula, MT 59807

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/18/2023



*Signature of Clerk or Deputy Clerk*
Sarah Nagy

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Montana

| | | |
|---|---|---|
| Wilderness Watch<br><br>*Plaintiff(s)*<br>v.<br>United States Bureau of Land Management<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Bureau of Land Management
1849 C Street NW
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew Hursh
Wilderness Watch
PO Box 9175
Missoula, MT 59807

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/18/2023



*Signature of Clerk or Deputy Clerk*
Sarah Nagy



