IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDERNESS WATCH,<br><br>          Plaintiff,<br><br>     vs.<br><br>UNITED STATES BUREAU OF<br>LAND MANAGEMENT, an agency<br>of the U.S. Department of Interior<br><br>          Defendant. | CV 23–11–M–DLC<br><br><br>ORDER |

Before the Court is the Parties' Stipulated Fee Settlement Agreement.  (Doc. 17.)  The Parties stipulate to dismissal with prejudice of all claims in Plaintiff's Complaint.  (*Id.* at 2.)

Accordingly, IT IS ORDERED that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned matter is DISMISSED WITH PREJUDICE. The Clerk of Court is directed to CLOSE this matter.

DATED this 23rd day of January, 2024.

Dana L. Christensen, District Judge
United States District Court

1